United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTONIO AGUILAR ORTUNO, § § | |
| Petitioner, § § | |
| VS. § § | CIVIL NO. 1:25-CV-00293 |
| KRISTI NOEM, *et al.*, § § § | |
| Respondents. § | |

## ORDER

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Karen Betancourt.

Signed on December 2, 2025.

_____
Rolando Olvera
United States District Judge