United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTONIO A. O.[1], <br> Petitioner, <br> <br> v. <br> <br> KRISTI NOEM, *et al.*, <br> *in their official capacities*, <br> Respondents. | § <br> § <br> § <br> § CIVIL ACTION NO. 1:25-cv-293 <br> § <br> § <br> § <br> § |

## ORDER REQUIRING STATUS REPORT FROM PETITIONER

On November 26, 2025, Petitioner Antonio A. O. filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. On December 3, 2025, this Court issued an Order setting deadlines which rely upon the date Petitioner serves the Petition for Writ of Habeas Corpus on Respondents. Dkt. No. 4.

The Court **ORDERS** Petitioner to file a status report concerning the service of the Petition for Writ of Habeas Corpus on Respondents **no later than January 20, 2026**.

Signed on January 5, 2026.

Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.