United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTONIO AGUILAR ORTUNO,<br>    "Plaintiff," §<br>§<br>§<br>v. §<br>§<br>KRISTI NOEM, *et al.*, §<br>    "Defendants." §<br>§ | Civil Action No. 1:25-cv-00293 |

### ORDER

  Before the Court is "Petitioner's Notice of Dismissal" (Dkt. No. 6). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's claims against Defendant are **DISMISSED** without prejudice. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

  Signed on this 20th day of February, 2026.

_____
Rolando Olvera
United States District Judge